## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 701 MAL 2016
                                     :
               Respondent   :
                                       :    Petition for Allowance of Appeal from
                                       :    the Order of the Superior Court
                    v.                    :
                                       :
                                       :
GIOVANNI ROBERT MUCCI,        :
                                       :
              Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of April, 2017, the "Application for Remand for Hearing on Motion for a New Trial Based on After Discovered Evidence" and the Petition for Allowance of Appeal are **DENIED**.